IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNNY E. BOGAN,<br><br>      Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>      Defendant. | HONORABLE NOEL L. HILLMAN<br><br>CIVIL NO. 04-5617<br><br>**ORDER** |

    This matter having come before the Court upon Plaintiff Johnny Bogan's application to review the final decision of the Commissioner of the Social Security Administration denying his application for Disability Insurance Benefits under Title II of the Social Security Act; this Court having considered the record and the submissions of the parties; for the reasons stated in the Opinion of today's date; and for good cause shown;

    **IT IS** on this 22nd **day of May, 2007** hereby **ORDERED** that the plaintiff's appeal be, and hereby is **DENIED**; and

    **IT IS FURTHER ORDERED** that the final decision of the Commissioner be, and hereby is, **AFFIRMED**.

                                           s/ Noel L. Hillman
                                           NOEL L. HILLMAN
                                           U.S. District Judge